# United States Court of Appeals
## For the Eighth Circuit

_____

No. 23-2184
_____

Joshua A. Lapin

*Plaintiff - Appellant*

v.

EverQuote, Inc., also known as EverQuote; John Doe Sender, doing business as BuzzBarrelReview.com, doing business as dzlosurverys.com, doing business as emails-jobsdelivered.com, doing business as Entirelybelieve.com, doing business as JobsDeliver.com, doing business as expectcarecare.com, doing business as JobSharkNL.com, doing business as NationalShopperSurvey.com, doing business as NationalSurveysOnline.com, doing business as exigentmediagroup.com, doing business as enrichedtechnologies.com, doing business as ConsumerDigitalSurvey.com, doing business as drivingmarketinggroup.com, doing business as surveyandgetpaid.com, doing business as tummyheadmediagroup.com, doing business as thebestcreditcheck.com, doing business as thefreetree.co, doing business as dlzoffers.com, doing business as nationaldigitalsurvey.com, doing business as dealzingo.com, doing business as rumorfox.com

*Defendants - Appellees*
_____

Appeal from United States District Court
for the District of South Dakota - Southern
_____

Submitted: March 11, 2024
Filed: March 14, 2024
[Unpublished]
_____

Before BENTON, ERICKSON, and STRAS, Circuit Judges.

_____

PER CURIAM.

Joshua Lapin appeals following the district court's[1] dismissal of his pro se complaint for failure to state a claim. Having jurisdiction under 28 U.S.C. § 1291, this court affirms.

After careful de novo review of the record and the parties' arguments on appeal, this court concludes that Lapin had standing to raise his claims, *see TransUnion LLC v. Ramirez*, 594 U.S. 413 (2021); *see also Rydholm v. Equifax Info. Servs. LLC*, 44 F.4th 1105, 1108 (8th Cir. 2022) (appellate court can review standing for first time on appeal); and finds no basis for reversal, *see Jessie v. Potter*, 516 F.3d 709, 712 (8th Cir. 2008) (standard of review); *First Colony Life Ins. Co. v. Berube*, 130 F.3d 827, 829 (8th Cir. 1997) (same).

The judgment is affirmed. *See* 8th Cir. R. 47B.

_____

_____

[1]The Honorable Karen E. Schreier, United States District Judge for the District of South Dakota.